UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER THOMPSON,<br><br>          Petitioner,<br><br>    v.<br><br>STUART SHERMAN,<br><br>          Respondent. | Case No. CV 18-10787 JAK(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus ("Petition") and accompanying documents, the submissions in connection with the Motion to Dismiss the Petition, and all of the records herein, including the May 21, 2019 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

    IT IS HEREBY ORDERED that the Motion to Dismiss the Petition is granted and the Petition and this action are dismissed with prejudice because petitioner's claim is time-barred.

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 2, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE