UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROGER THOMPSON, | ) | Case No. CV 18-10787 JAK(JC) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| STUART SHERMAN, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus and this action are dismissed with prejudice.

DATED: July 2, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE